2018 NOV 19 AM 8:42

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 77295-3-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | |
| MOHAMED D. DUKULY, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED:   NOV 19 2018 |

PER CURIAM. Mohamed Dukuly appeals his conviction for first degree robbery, arguing that a statute (RCW 13.04.030) requiring his prosecution in adult court violates procedural and substantive due process. The same arguments were recently rejected in, and are controlled by, the Washington State Supreme Court's decision in State v. Watkins, __ Wn.2d __ , 423 P.3d 830, 832 (2018).

Affirmed.

For the Court: